**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: RISSER, JOHN S | § | Case No. 10-04921 |
| RISSER, JACQUELINE J | § | |
| RISSER, JOHN SCHOUTEN | § | |
| Debtor(s) RISSER, JACQUELINE JOSEPHINE | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Northern District of Illinois
  219 S. Dearborn
  Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 08/18/2011 in Courtroom 250, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/18/2011          By:  JOSEPH R. VOILAND
                                                Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: RISSER, JOHN S | § Case No. 10-04921 |
| RISSER, JACQUELINE J | § |
| RISSER, JOHN SCHOUTEN | § |
| Debtor(s) RISSER, JACQUELINE JOSEPHINE | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 40,002.56 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 40,002.56 |
| **Balance on hand:** | $ 40,002.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 40,002.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 4,750.26 | 0.00 | 4,750.26 |
| Trustee, Expenses - JOSEPH R. VOILAND | 170.08 | 0.00 | 170.08 |
| Attorney for Trustee, Fees - Joseph R. Voiland | 1,622.50 | 0.00 | 1,622.50 |
| Attorney for Trustee, Expenses - Joseph R. Voiland | 27.70 | 0.00 | 27.70 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 6,570.54 |
| Remaining balance: | $ 33,432.02 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 33,432.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 33,432.02

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 172,049.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7,985.32 | 0.00 | 1,551.69 |
| 2 | Discover Bank | 11,630.88 | 0.00 | 2,260.07 |
| 3 | Discover Bank | 13,745.41 | 0.00 | 2,670.96 |
| 5 | Chase Bank USA, N.A. | 18,716.90 | 0.00 | 3,637.00 |
| 6 | Chase Bank USA, N.A. | 19,835.54 | 0.00 | 3,854.37 |
| 7 | Chase Bank USA, N.A. | 25,723.83 | 0.00 | 4,998.56 |
| 8 | Fia Card Services, NA/Bank of America | 5,350.12 | 0.00 | 1,039.62 |
| 9 | Fia Card Services, NA/Bank of America | 4,424.21 | 0.00 | 859.70 |
| 10 | Fia Card Services, NA/Bank of America | 22,791.77 | 0.00 | 4,428.82 |
| 11 | Fia Card Services, NA/Bank of America | 13,848.25 | 0.00 | 2,690.94 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 12 | Toyota Financial Services | 6,155.78 | 0.00 | 1,196.17 |
| 13 | Capital One Bank (USA), N.A. | 1,338.46 | 0.00 | 260.08 |
| 14 | Capital One Bank (USA), N.A. | 1,442.56 | 0.00 | 280.31 |
| 16 | American Express Bank, FSB | 19,060.29 | 0.00 | 3,703.73 |

Total to be paid for timely general unsecured claims: $ 33,432.02
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                          Case No. 10-04921-MB
John S Risser                                                   Chapter 7
Jacqueline J Risser
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez              Page 1 of 2          Date Rcvd: Jul 19, 2011
                              Form ID: pdf006              Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2011.
db/jdb     +John S Risser,    Jacqueline J Risser,    1750 Arbordale Lane,   Algonquin, IL 60102-3262
aty        +Joseph R Voiland,    Joseph R. Voiland,    1625 Wing Road,   Yorkville, IL 60560-9263
aty        +Stephen J Costello,    Costello & Costello,    19 N Western Ave Rt 31,
             Carpentersville, IL 60110-1730
tr         +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,   Yorkville, IL 60560-9263
16053338  +++Algonquin State Bank,    Michael G Cortina of Smith Amundsen LLC,    2460 Lake Shore Drive,
             Woodstock, IL 60098-6911
15078078   +Algonquuin State Bank,    2400 Huntington Dr., N.,    P O Box 7727,   Algonquin, IL 60102-7727
15078079   +American Express,    P O Box 297879,    Ft. Lauderdale, Fl 33329-7879
16419366    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
15078080    Capital One,    PO Box 71083,   Charlotte, NC 28272-1083
16117723    Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
             Charlotte, NC  28272-1083
15078081    Chase Bank,    PO Box 15298,   Wilmington, De 19850-5298
16056884    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
15078082   +Colson Services Corp,    Agent for Small Business Ad,    Post office Box 1289,
             New York, NY 10274-1289
15078084   +Harris Bank,    P O Box 6201,   Carol Stream, Il 60197-6201
15078085    Harris N.A.,    BLST - P.O. Box 2880,   Chicago, Il. 60690-2880
15078086    Harris/FIA/Bank Card,    P O Box 15026,   Wilmington, De 19850-5026
15078087    Home Depot,    Processing Center,   Des Moines, Ia 50364-0500
15078089   +Target Visa,    P O Box 59317,   Minneapolis, Mn 55459-0317
16114751    Toyota Financial Services,    Bankruptcy Department,    P.O. Box 5229,   Cincinnati, OH 45201-5229
15078090    Toyota Visa,    PO Box 6329,   Fargo, ND 58125-6329
16338448   +U S Small Business Administration,    c/o Mary Cvengros,    500 W Madison St., #1150,
             Chicago, IL 60661-4544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15078088       E-mail/Text: ebnbankruptcy@ahm.honda.com Jul 19 2011 23:48:25      Honda Finance,   P O Box 60001,
               City of Industry, Ca 91716
16009253       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 20 2011 00:19:57
               American Infosource Lp As Agent for,    Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
15078083       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 20 2011 00:21:23      Discover Card,   P O Box 3008,
               New Albany, Oh 43054-3008
16014594       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 20 2011 00:21:23      Discover Bank,
               Dfs Services LLC,    PO Box 3025,   New Albany, OH  43054-3025
16062369       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 20 2011 00:19:57
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-1          User: mgonzalez           Page 2 of 2           Date Rcvd: Jul 19, 2011
                              Form ID: pdf006           Total Noticed: 26

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 21, 2011**                   **Signature:**   /s/ Joseph Speetjens