**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RISSER, JOHN S § Case No. 10-04921
      RISSER, JACQUELINE J §
      RISSER, JOHN SCHOUTEN §
Debtor(s) RISSER, JACQUELINE JOSEPHINE §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $400,650.00 *(without deducting any secured claims)* | Assets Exempt: $103,200.00 |
| Total Distribution to Claimants: $33,432.90 | Claims Discharged Without Payment: $138,616.42 |
| Total Expenses of Administration: $6,570.54 | |

    3) Total gross receipts of $ 40,003.44 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $40,003.44
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $94,968.98 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,920.34 | 6,570.54 | 6,570.54 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,188,769.08 | 172,049.32 | 33,432.90 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,288,658.40 | $178,619.86 | $40,003.44 |

4) This case was originally filed under Chapter 7 on February 09, 2010. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/31/2011          By: /s/JOSEPH R. VOILAND
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| One Fifth interest in Fifth Element LLC which is | 1129-000 | 40,000.00 |
| Interest Income | 1270-000 | 3.44 |
| **TOTAL GROSS RECEIPTS** | | **$40,003.44** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Algonquin State Bank | 4110-000 | N/A | 94,968.98 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$94,968.98** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 4,750.26 | 4,750.26 | 4,750.26 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 170.08 | 170.08 | 170.08 |
| Joseph R. Voiland | 3110-000 | N/A | 0.00 | 1,622.50 | 1,622.50 |
| Joseph R. Voiland | 3120-000 | N/A | 0.00 | 27.70 | 27.70 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 4,920.34 | 6,570.54 | 6,570.54 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Infosource Lp As Agent for | 7100-000 | N/A | 7,985.32 | 7,985.32 | 1,551.73 |
| 2 | Discover Bank | 7100-000 | N/A | 11,630.88 | 11,630.88 | 2,260.13 |
| 3 | Discover Bank | 7100-000 | N/A | 13,745.41 | 13,745.41 | 2,671.03 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 18,716.90 | 18,716.90 | 3,637.10 |
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 19,835.54 | 19,835.54 | 3,854.47 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 25,723.83 | 25,723.83 | 4,998.70 |
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 5,350.12 | 5,350.12 | 1,039.64 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 4,424.21 | 4,424.21 | 859.72 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 22,791.77 | 22,791.77 | 4,428.93 |
| 11 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 13,848.25 | 13,848.25 | 2,691.01 |
| 12 | Toyota Financial Services | 7100-000 | N/A | 6,155.78 | 6,155.78 | 1,196.20 |
| 13 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,338.46 | 1,338.46 | 260.09 |
| 14 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,442.56 | 1,442.56 | 280.32 |
| 15 | U S Small Business Administration | 7100-000 | N/A | 1,016,719.76 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 16 | American Express Bank, FSB | 7100-000 | N/A | 19,060.29 | 19,060.29 | 3,703.83 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 1,188,769.08 | 172,049.32 | 33,432.90 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-04921  
**Case Name:** RISSER, JOHN S  
RISSER, JACQUELINE J  
**Period Ending:** 10/31/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 02/09/10 (f)  
**§341(a) Meeting Date:** 03/08/10  
**Claims Bar Date:** 11/15/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Petitioners own real estate residence located, a | 310,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash | 400.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking account at Harris Bank, Algonquin, Il. | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking at Algonquin State Bank | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | household goods | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. books, pictures etc. | 200.00 | 0.00 | DA | 0.00 | FA |
| 7 | wearing apparel | 400.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wedding ring | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Sports, photographic, hobby equipment | 150.00 | 0.00 | DA | 0.00 | FA |
| 10 | 401 K & profit Sharing | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | One Fifth interest in Fifth Element LLC which is | 0.00 | 100,000.00 | | 40,000.00 | FA |
| 12 | 2000 Toyota Avalon (190,000 miles) | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2008 Honda Odyssey (15,000 miles) | 20,000.00 | 7,450.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 3.44 | Unknown |
| 14 | Assets Totals (Excluding unknown values) | $400,650.00 | $107,450.00 | | $40,003.44 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** May 15, 2011    **Current Projected Date Of Final Report (TFR):** May 15, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 10-04921 | | Trustee: | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| Case Name: | RISSER, JOHN S | | Bank Name: | The Bank of New York Mellon |
| | RISSER, JACQUELINE J | | Account: | 9200-******22-65 - Money Market Account |
| Taxpayer ID #: | **-***5759 | | Blanket Bond: | $50,000,000.00  (per case limit) |
| Period Ending: | 10/31/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/01/10 | {11} | Fifth Element, LLC | payment per Court order | 1129-000 | 40,000.00 | | 40,000.00 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 40,000.30 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.32 | | 40,000.62 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,000.95 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,001.28 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.30 | | 40,001.58 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,001.91 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.32 | | 40,002.23 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,002.56 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.32 | | 40,002.88 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.33 | | 40,003.21 |
| 08/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.23 | | 40,003.44 |
| 08/19/11 | | To Account #9200******2266 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 40,003.44 | 0.00 |
| | | | ACCOUNT TOTALS | | 40,003.44 | 40,003.44 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 40,003.44 | |
| | | | Subtotal | | 40,003.44 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $40,003.44 | $0.00 | |

{} Asset reference(s)                                                                                                                         Printed: 10/31/2011 03:09 PM    V.12.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-04921  
**Case Name:** RISSER, JOHN S  
RISSER, JACQUELINE J  
**Taxpayer ID #:** **-***5759  
**Period Ending:** 10/31/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******22-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/19/11 |  | From Account #9200******2265 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 40,003.44 |  | 40,003.44 |
| 08/19/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $4,750.26, Trustee Compensation;  Reference: | 2100-000 |  | 4,750.26 | 35,253.18 |
| 08/19/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $170.08, Trustee Expenses;  Reference: | 2200-000 |  | 170.08 | 35,083.10 |
| 08/19/11 | 103 | Joseph R. Voiland | Dividend paid 100.00% on $1,622.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 |  | 1,622.50 | 33,460.60 |
| 08/19/11 | 104 | Joseph R. Voiland | Dividend paid 100.00% on $27.70, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 |  | 27.70 | 33,432.90 |
| 08/19/11 | 105 | American Infosource Lp As Agent for | Dividend paid  19.43% on $7,985.32; Claim# 1; Final distribution | 7100-000 |  | 1,551.73 | 31,881.17 |
| 08/19/11 | 106 | Discover Bank | Dividend paid  19.43% on $11,630.88; Claim# 2; Final distribution | 7100-000 |  | 2,260.13 | 29,621.04 |
| 08/19/11 | 107 | Discover Bank | Dividend paid  19.43% on $13,745.41; Claim# 3; Final distribution | 7100-000 |  | 2,671.03 | 26,950.01 |
| 08/19/11 | 108 | Chase Bank USA, N.A. | Dividend paid  19.43% on $18,716.90; Claim# 5; Final distribution | 7100-000 |  | 3,637.10 | 23,312.91 |
| 08/19/11 | 109 | Chase Bank USA, N.A. | Dividend paid  19.43% on $19,835.54; Claim# 6; Final distribution | 7100-000 |  | 3,854.47 | 19,458.44 |
| 08/19/11 | 110 | Chase Bank USA, N.A. | Dividend paid  19.43% on $25,723.83; Claim# 7; Final distribution | 7100-000 |  | 4,998.70 | 14,459.74 |
| 08/19/11 | 111 | Fia Card Services, NA/Bank of America | Dividend paid  19.43% on $5,350.12; Claim# 8; Final distribution | 7100-000 |  | 1,039.64 | 13,420.10 |
| 08/19/11 | 112 | Fia Card Services, NA/Bank of America | Dividend paid  19.43% on $4,424.21; Claim# 9; Final distribution | 7100-000 |  | 859.72 | 12,560.38 |
| 08/19/11 | 113 | Fia Card Services, NA/Bank of America | Dividend paid  19.43% on $22,791.77; Claim# 10; Final distribution | 7100-000 |  | 4,428.93 | 8,131.45 |
| 08/19/11 | 114 | Fia Card Services, NA/Bank of America | Dividend paid  19.43% on $13,848.25; Claim# 11; Final distribution | 7100-000 |  | 2,691.01 | 5,440.44 |
| 08/19/11 | 115 | Toyota Financial Services | Dividend paid  19.43% on $6,155.78; Claim# 12; Final distribution | 7100-000 |  | 1,196.20 | 4,244.24 |
| 08/19/11 | 116 | Capital One Bank (USA), N.A. | Dividend paid  19.43% on $1,338.46; Claim# 13; Final distribution | 7100-000 |  | 260.09 | 3,984.15 |
| 08/19/11 | 117 | Capital One Bank (USA), N.A. | Dividend paid  19.43% on $1,442.56; Claim# 14; Final distribution | 7100-000 |  | 280.32 | 3,703.83 |
| 08/19/11 | 118 | American Express Bank, FSB | Dividend paid  19.43% on $19,060.29; Claim# 16; Final distribution | 7100-000 |  | 3,703.83 | 0.00 |

Subtotals :      $40,003.44      $40,003.44

{} Asset reference(s)

Printed: 10/31/2011 03:09 PM     V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-04921 | | | **Trustee:** | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|---|
| **Case Name:** | RISSER, JOHN S | | | **Bank Name:** | The Bank of New York Mellon |
| | RISSER, JACQUELINE J | | | **Account:** | 9200-******22-66 - Checking Account |
| **Taxpayer ID #:** | **-***5759 | | | **Blanket Bond:** | $50,000,000.00  (per case limit) |
| **Period Ending:** | 10/31/11 | | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 40,003.44 | 40,003.44 | $0.00 |
| | | | Less: Bank Transfers | | 40,003.44 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 40,003.44 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $40,003.44 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******22-65** | 40,003.44 | 0.00 | 0.00 |
| **Checking # 9200-******22-66** | 0.00 | 40,003.44 | 0.00 |
| | $40,003.44 | $40,003.44 | $0.00 |